AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

AFFORDABLE AERIAL PHOTOGRAPHY, INC.

*Plaintiff(s)*

v.

NORTH COUNTY PROPERTIES & INVESTMENTS, INC., MARGARET BERKOFF, and ANDREA DIRICO,

*Defendant(s)*

Civil Action No. 17-cv-80224-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NORTH COUNTY PROPERTIES & INVESTMENTS ,INC.
c/o Registered Agent: Margaret Berkoff
19510 US Highway 1
Tequesta, FL 33469

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lorri Lomnitzer, Esq.
The Lomnitzer Law Firm, P.A
7999 N. Federal Hwy, Suite 200
Boca Raton, FL 33487
561-953-9300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: 02/23/2017

Steven M. Larimore
Clerk of Court

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

AFFORDABLE AERIAL PHOTOGRAPHY, INC.

*Plaintiff(s)*

v.

NORTH COUNTY PROPERTIES & INVESTMENTS, INC., MARGARET BERKOFF, and ANDREA DIRICO,

*Defendant(s)*

Civil Action No. 17-cv-80224-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Margaret Berkoff
19510 US Highway 1
Tequesta, FL 33469

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lorri Lomnitzer, Esq.
The Lomnitzer Law Firm, P.A
7999 N. Federal Hwy, Suite 200
Boca Raton, FL 33487
561-953-9300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Steven M. Larimore
Clerk of Court

Date: 02/23/2017

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

AFFORDABLE AERIAL PHOTOGRAPHY, INC.

*Plaintiff(s)*

v.

NORTH COUNTY PROPERTIES & INVESTMENTS, INC., MARGARET BERKOFF, and ANDREA DIRICO,

*Defendant(s)*

Civil Action No. 17-cv-80224-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andrea Dirico
19510 US Highway 1
Tequesta, FL 33469

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lorri Lomnitzer, Esq.
The Lomnitzer Law Firm, P.A
7999 N. Federal Hwy, Suite 200
Boca Raton, FL 33487
561-953-9300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore
Clerk of Court

SUMMONS

Date: 02/23/2017

s/ Faithtrina Stinson
Deputy Clerk
U.S. District Courts